UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES J. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-01146-TWP-TAB |
| ) | |
| NEW CASTLE CORRECTIONAL ) | |
| FACILITY, ) | |
| *et al.* ) | |
| Defendants. ) | |

**Entry on Pending Motions**

**I.**

The plaintiff's motion to proceed *in forma pauperis* [dkt. 2] is denied as presented. He shall have until **June 10, 2016**, in which renew his motion to proceed *in forma pauperis* by attaching a copy of the transactions associated with his institution trust account for the 6-month period preceding the filing of this action on May 6, 2016. 42 U.S.C. § 1915(a)(2). He should also be sure that he signs his motion. Otherwise, the plaintiff must pay the $400.00 filing fee.

**II.**

The plaintiff's motion to appoint counsel [dkt. 3] is **denied as premature.** The filing fee has not been paid, the complaint has not been screened, and the defendants have not been served. In addition, the Seventh Circuit has found that "until the defendants respond to the complaint, the plaintiff's need for assistance of counsel . . . cannot be gauged." *Kadamovas v. Stevens,* 706 F.3d 843, 845 (7th Cir. 2013). If the plaintiff wishes to renew his request for counsel after these steps are taken, he may consider using the **enclosed** Motion for Assistance with Recruiting Counsel form.

### III.

The Court notes that the plaintiff's complaint is not signed as required by Rule 11 of the *Federal Rules of Civil Procedure*. The plaintiff shall have through **June 10, 2016**, in which to submit a complaint that is properly signed.

### IV.

Finally, the **clerk shall amend** the docket to reflect the plaintiff's DOC number as reflected in the Distribution of this Entry.

**IT IS SO ORDERED.**

Date: 5/11/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JAMES J. JOHNSON
204136
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**